# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, et al., | Case No. 1:13-cv-01991-LJO-SAB |
| Plaintiffs, | ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| CITY OF VISALIA, et. al. | (ECF No. 5) |
| Defendants. | |

The Court has considered the petition of Araceli Cisneros for appointment of Veronica Ayon as Guardian Ad Litem for N.A.C., her minor child, who is Plaintiff in this action.  Good cause appearing,

IT IS SO ORDERED, that Veronica Ayon is appointed as Guardian Ad Litem for the minor N.A.C.

IT IS SO ORDERED.

Dated: __**December 6, 2013**__

UNITED STATES MAGISTRATE JUDGE

1