Leonard C. Herr, #081896
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendants, CITY OF VISALIA, VISALIA POLICE DEPARTMENT,
and CHIEF OF POLICE COLLEEN MESTAS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REYNALDA MOLINA, individually; JACQUELINE MENDEZ-MADUEÑA, individually; G.M., a minor; J.M., a minor; and N.A.C., a minor, and each of them, by and through their Guardian Ad Litem VERONICA AYON; and NICHOLAS CHAVEZ, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VISALIA, a Municipal Corporation; VISALIA POLICE DEPARTMENT; CHIEF OF POLICE COLLEEN MESTAS, individually and in her official capacity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 1:13-cv-01991-LJO-SAB<br><br>**STIPULATION AND ORDER DISMISSING VISALIA POLICE DEPARTMENT WITHOUT PREJUDICE** |

The parties to this litigation by and through their respective attorneys of record have reached an agreement whereby named defendant, Visalia Police Department will be dismissed from this litigation at this time, without prejudice. The terms and conditions of this stipulation and proposed order are as follows.

-1-

**STIPULATION AND [PROPOSED] ORDER DISMISSING
VISALIA POLICE DEPARTMENT WITHOUT PREJUDICE**

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

# I.

## RECITALS

WHEREAS, Plaintiffs have named Visalia Police Department ("VPD") as a defendant in this case;

WHEREAS, City of Visalia and VPD Chief Colleen Mestas are represented by Leonard C. Herr ("HERR");

WHEREAS, HERR has represented to Plaintiffs' legal counsel that there is no separate legal entity known as VPD because VPD is simply a department of the City of Visalia, which is a charter city in the state of California;

WHEREAS, legal counsel for all parties want to avoid unnecessary litigation, without prejudicing the rights of any parties;

WHEREAS, legal counsel for all parties agree that any and all statutes of limitations and statutes of repose, which may be applicable to the VPD as of the date of this stipulation should be tolled so as to preserve those claims pursuant to this agreement; and

WHEREAS, parties to this litigation will effectuate substantial justice between the parties, without unnecessary litigation costs.

# II.

## STIPULATION

IT IS HEREBY STIPULATED to by and between the parties through their respective attorneys of record that named defendant, Visalia Police Department ("VPD") shall be dismissed from this litigation without prejudice; and

IT IS FURTHER STIPULATED by and between the parties to this litigation through their respective attorneys of record that all statutes of limitations, statutes of repose which may be applicable to the VPD as of the date of this stipulation are hereby tolled.

///
///

DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION AND [PROPOSED] ORDER DISMISSING VISALIA POLICE DEPARTMENT WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: December 20, 2013 | LAW OFFICE OF PETER I. BERSIN |
| 3 | | By: /s/ Peter I. Bersin |
| 4 | | PETER I. BERSIN<br>Attorney for Plaintiff,<br>REYNALDA MOLINA |
| 7 | Dated: December 20, 2013 | LAW OFFICES OF CHARLES P. CHARLTON |
| 9 | | By: /s/ Charles P. Charlton |
| 10 | | CHARLES P. CHARLTON<br>Attorney for Plaintiffs,<br>JACQUELINE MENDEZ-MADEUÑA,<br>G.M., a minor, J.M., a minor<br>and N.A.C., a minor |
| 13 | Dated: December 20, 2013 | CHEONG DENOVE ROWELL BENNETT & KARNS |
| 15 | | By: /s/ John F. Denove |
| 16 | | JOHN F. DENOVE<br>Attorney for Plaintiff,<br>NICHOLAS CHAVEZ |
| 18 | Dated: December 20, 2013 | DOOLEY HERR PEDERSEN & BERGLUND BAILEY, LLP |
| 20 | | By: /s/ Leonard C. Herr |
| 21 | | LEONARD C. HERR<br>Attorney for DEFENDANTS,<br>CITY OF VISALIA, VISALIA<br>POLICE DEPARTMENT and<br>CHIEF OF POLICE COLLEEN MESTAS |

24 ///
25 ///
26 ///
27 ///
28 ///

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-

**STIPULATION AND [PROPOSED] ORDER DISMISSING
VISALIA POLICE DEPARTMENT WITHOUT PREJUDICE**

1 **ORDER**

2     Upon good cause being shown as set forth in the stipulation of legal counsel
3 for the parties, the Court hereby adopts the stipulation.

4

5 IT IS SO ORDERED.

6     Dated:   **December 20, 2013**          **/s/ Lawrence J. O'Neill**
7                                                           UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-4-

**STIPULATION AND [PROPOSED] ORDER DISMISSING
VISALIA POLICE DEPARTMENT WITHOUT PREJUDICE**