1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, et al., | Case No.  1:13-cv-01991-LJO-SAB |
| Plaintiffs, | ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |
| v. | |
| CITY OF VISALIA, et. al. | (ECF No.17) |
| Defendants. | |

On December 4, 2014, Plaintiffs filed the complaint in this action.  (ECF No. 1.)  On February 4, 2014, Defendants filed a motion to dismiss.  (ECF No. 17.)

The Court has reviewed the pending motion to dismiss, and finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Accordingly, it is HEREBY ORDERED that:

1.    The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;

2.    The hearing set for March 6, 2014, at 8:30 a.m. in Courtroom 4 (LJO) before District Judge Lawrence J. O'Neill is VACATED; and

///
///

3.     The parties are hereby informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated:   **February 5, 2014**                      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2