Leonard C. Herr, #081896
Caren L. Curtiss, Certified Law Student
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendants, CITY OF VISALIA and CHIEF OF POLICE
COLLEEN MESTAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, individually; JACQUELINE MENDEZ-MADUEÑA, individually; G.M., a minor; J.M., a minor; and N.A.C., a minor, and each of them, by and through their Guardian Ad Litem VERONICA AYON; and NICHOLAS CHAVEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VISALIA, a Municipal Corporation; VISALIA POLICE DEPARTMENT; CHIEF OF POLICE COLLEEN MESTAS, individually and in her official capacity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-01991-LJO-SAB<br><br>**STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

The parties, by and through their respective attorneys of record, having met and conferred, hereby stipulate to continue the Initial Scheduling Conference, currently set for March 11, 2014, for a period of 90 days.

The parties believe the continuance to be appropriate because: (1) additional parties, i.e., individually named police officers may be joined; (2) the parties are

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**STIPULATION AND ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE**

1  currently informally exchanging information; and (3) the parties believe this period

2  of time will allow them the opportunity to explore settlement and/or narrow down

3  the issues.

4  Dated: February 14, 2014          LAW OFFICES OF PETER I. BERSIN

5

6                                    By:  /s/ Peter I. Bersin
                                          PETER I. BERSIN
7                                         Attorney for Plaintiff,
                                          REYNALDA MOLINA
8

9  Dated: February 14, 2014          LAW OFFICES OF CHARLES P. CHARLTON

10

11                                   By: /s/ Charles P. Charlton
                                         CHARLES P. CHARLTON
12                                       Attorney for Plaintiffs,
                                         JACQUELINE MENDEZ-MADEUÑA,
13                                       G.M., a minor, J.M., a minor
                                         and N.A.C., a minor
14

15 Dated: February 14, 2014          CHEONG DENOVE ROWELL BENNETT
                                     & KARNS
16

17                                   By:  /s/ John F. Denove
                                          JOHN F. DENOVE
18                                        Attorney for Plaintiff,
                                          NICHOLAS CHAVEZ
19

20 Dated: February 14, 2014          DOOLEY HERR PEDERSEN &
                                     BERGLUND BAILEY, LLP
21

22                                   By:  /s/ Leonard C. Herr
                                          LEONARD C. HERR
23                                        Attorney for DEFENDANTS,
                                          CITY OF VISALIA and
24                                        CHIEF OF POLICE COLLEEN
                                          MESTAS
25

26 ///

27 ///

28 ///

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION AND ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Upon good cause having been shown as set forth in the stipulation of counsel for the parties,

IT IS HEREBY ORDERED that the Initial Scheduling Conference currently scheduled for March 11, 2014 be and is hereby continued to June 3, 2014 at 9:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **February 18, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**STIPULATION AND ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE**

1

2     F:\Client Files\Visalia, City of, 700\705-00 POLICE DEPARTMENT\705-01  Patrol\705-01-024 Molina v. COV\Pleadings\Stipulations\Stipulation & [Proposed] Order Cont. ISC.doc

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-4-

**STIPULATION AND ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE**