Leonard C. Herr, #081896
Caren L. Curtiss, Certified Law Student
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendants, CITY OF VISALIA and CHIEF OF POLICE COLLEEN MESTAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, individually; JACQUELINE MENDEZ-MADUEÑA, individually; G.M., a minor; J.M., a minor; and N.A.C., a minor, and each of them, by and through their Guardian Ad Litem VERONICA AYON; and NICHOLAS CHAVEZ, individually, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF VISALIA, a Municipal Corporation; VISALIA POLICE DEPARTMENT; CHIEF OF POLICE COLLEEN MESTAS, individually and in her official capacity, and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No.: 1:13-cv-01991-LJO-SAB <br><br>**STIPULATION AND ORDER FOR STAY PENDING DISPOSITION OF PLAINTIFF CHAVEZ'S PETITION FOR RELIEF** |

The parties, including all Plaintiffs and named Defendants, by and through counsel, agree to the terms and conditions of this stipulation and jointly request that the Court enter it as its order at the end of this document.

///

///

///

DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

**STIPULATION**

Whereas, Plaintiffs filed a First Amended Complaint in this matter adding new defendants so that the Defendants are now the City of Visalia, Dirk Alfano, Adam Collins, and Daniel Roberts; and,

Whereas, a responsive pleading is due to be filed on May 5, 2014; and,

Whereas, Plaintiff Nicholas Chavez has filed a petition to maintain his state law causes of action for negligence and assault and battery that is set to be heard in Department 7 of the Superior Court of the State of California in and for the County of Tulare on May 29, 2014 (TCSC Case No. VCU 255638); and,

Whereas, the Parties have met and conferred about pleading issues other than whether Mr. Chavez may maintain his state law causes of action for negligence and assault and battery; and,

Whereas, cure of the issues aside from Mr. Chavez's state law causes of action will require a Second Amended Complaint regardless of the Superior Court's decision; and therefore,

The parties agree as follows:

1. Defendants need not answer the First Amended Complaint.

2. Plaintiffs have leave to file a Second Amended Complaint within 14 days of the hearing on Plaintiff Chavez's petition for relief, making the Second Amended Complaint due on or before June 12, 2014.

3. Should the Superior Court take Plaintiff Chavez's petition under submission or the disposition of the petition is otherwise delayed by the Court, and the delay makes timely amendment by Plaintiff's counsel impracticable, the Parties shall jointly notify this Court of the delay and ask that the date for filing a Second Amended Complaint be set to on or before 14 days of the Superior Court's

///
///
///

DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

order or, if no order has been received, on or before 30 days from the date of the jointly-submitted notice.

              Respectfully submitted.

Dated: May 5, 2014    LAW OFFICES OF PETER I. BERSIN

           By:  /s/ Peter I. Bersin
              PETER I. BERSIN
              Attorney for Plaintiff,
              REYNALDA MOLINA

Dated: May 5, 2014    LAW OFFICES OF CHARLES P. CHARLTON

           By:  /s/ Charles P. Charlton
              CHARLES P. CHARLTON
              Attorney for Plaintiffs,
              JACQUELINE MENDEZ-MADEUÑA,
              G.M., a minor, J.M., a minor
              and N.A.C., a minor

Dated: May 5, 2014    CHEONG DENOVE ROWELL BENNETT
              & KARNS

           By:  /s/ John F. Denove
              JOHN F. DENOVE
              Attorney for Plaintiff,
              NICHOLAS CHAVEZ

Dated: May 5, 2014    DOOLEY HERR PEDERSEN &
              BERGLUND BAILEY, LLP

           By:  /s/ Leonard C. Herr
              LEONARD C. HERR
              Attorney for DEFENDANTS,
              CITY OF VISALIA and
              CHIEF OF POLICE COLLEEN
              MESTAS

**ORDER**

Upon good cause having been shown as set forth in the stipulation of counsel for the parties, IT IS SO ORDERED.

IT IS SO ORDERED.

 Dated: **May 8, 2014**

              UNITED STATES MAGISTRATE JUDGE

DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200