# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, et al., | Case No. 1:13-cv-01991-LJO-SAB |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SECOND AMENDED COMPLAINT SHOULD NOT BE STRICKEN |
| v. | |
| CITY OF VISALIA, et. al. | (ECF No. 40) |
| Defendants. | SEVEN DAY DEADLINE |

On May 8, 2014, an order issued granting the parties stipulation and allowing Plaintiff to file a second amended complaint by June 14, 2014. (ECF No. 35.) Plaintiff did not file an amended complaint or request an extension of time to file the amended complaint. On June 20, 2014, Plaintiff filed an untimely second amended complaint. Within seven (7) days from the date of service of this order, Plaintiff is required to show cause why the second amended complaint should not be stricken for failure to comply with the May 8, 2014 order.

IT IS SO ORDERED.

Dated: **June 23, 2014**

UNITED STATES MAGISTRATE JUDGE

1