# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, et al., | Case No. 1:13-cv-01991-LJO-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 41, 42) |
| CITY OF VISALIA, et. al. | |
| Defendants. | |

On June 23, 2014, an order issued requiring Plaintiffs to show cause why the second amended complaint should not be stricken for failure to comply with the order requiring it to be filed on or before June 12, 2014. On June 27, 2014, Plaintiffs filed a response to the order to show cause.

Plaintiffs stated that based upon the stipulation of the parties, their understanding was that the complaint was not due until fourteen days after the State Court issued an order on Plaintiff Chavez' petition. Although the petition has not been granted, when Defendants contacted Plaintiffs to determine why the second amended complaint had not been filed in compliance with the Court's order, Plaintiff's filed the second amended complaint on June 20, 2014.

In the original stipulation between the parties, the second amended complaint was due within fourteen days of the hearing on Plaintiff's state court petition. The stipulation additionally provided that if the state court petition was taken under submission or delayed the

1

1  parties were to file a notice of delay and request an extension of time to file the second amended
2  complaint in this action.  When the second amended complaint was not filed by the deadline set
3  by the order, defense counsel requested Plaintiff file his second amended complaint by June 23,
4  2014.  While procedurally, Plaintiff should have filed a motion for an extension of time or a
5  stipulation to extend the date to file the second amended complaint, the Court finds good cause
6  to extend the deadline to file the second amended complaint.

7  Based upon the stipulation between the parties, the Court finds that second amended
8  complaint to have been timely filed and the order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **July 1, 2014**

UNITED STATES MAGISTRATE JUDGE