UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REYNALDA MOLINA**, *et al.*, | 1:13-cv-01991-LJO-SAB |
| Plaintiffs, | **ORDER RE STIPULATED DISMISSAL OF CLAIMS BROUGHT BY PLAINTIFF NICHOLAS CHAVEZ <u>ONLY</u> (DOC. 49)** |
| v. | |
| **CITY OF VISALIA**, *et al.*, | |
| Defendants. | |

Pursuant to the stipulation of all parties, Doc. 49, and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice as to all claims brought by Plaintiff Nicholas Chavez **only**, each side to bear their own costs and attorney's fees. This case remains open.

IT IS SO ORDERED.

   Dated:  **November 20, 2014**          **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE