# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, et al., | Case No. 1:13-cv-01991-DAD-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING JAIME MAGANA TO APPEAR FOR DEPOSITION |
| v. | |
| CITY OF VISALIA, et. al. | (ECF Nos. 61, 62) |
| Defendants. | |

On December 1, 2015, an order issued granting Defendants Dirk Alfano, City of Visalia, Adam Collins, and Daniel Roberts ex parte application for an order for Jaime Magana to show cause why sanctions should not issue for Mr. Magana's failure to appear for a noticed deposition. (ECF No. 62.) A show cause hearing was held on December 23, 2015 before the undersigned. (ECF No. 71.) Counsel Leonard Herr appeared for Defendants. Mr. Magana appeared at the hearing in person. The Court heard from Mr. Magana on his failure to appear at the noticed deposition. The Court finds that Mr. Magana has failed to show good cause for his failure to appear at the deposition. Concurrently with this order, a findings and recommendations shall issue addressing the failure to appear.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed December 1, 2015 is DISCHARGED;

2. Jaime Magana shall appear for deposition on **December 31, 2015, at 1:00 p.m.** at

1

**Herr Pedersen & Berglund LLP, 100 Willow Plaza, Suite 300, Visalia, California** to testify at deposition in this civil action.

3. Mr. Magana is advised that failure to appear as directed by this order will result in the recommendation of additional sanctions.

IT IS SO ORDERED.

Dated: **December 23, 2015**

UNITED STATES MAGISTRATE JUDGE

2