# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VISALIA, et. al. <br><br> Defendants. | Case No. 1:13-cv-01991-DAD-SAB <br><br> ORDER AMENDING FINDINGS AND RECOMMENDATIONS <br><br> (ECF No. 73) |

On December 29, 2015 findings and recommendations issued in which an incorrect time for the deposition of Mr. Magana was stated. Accordingly, the findings and recommendations filed December 29, 2015 are HEREBY AMENDED at 2:26-28 as follows: "Mr. Magana has been ordered to appear for a deposition on December 31, 2015 at 1:00 p.m. (ECF No. 72.)" The Office of the Clerk is DIRECTED to serve a copy of this order on Jaime Magana, P.O. Box 10632, 867 N. State Street, Earlimart, California 93219

IT IS SO ORDERED.

Dated:  **December 29, 2015**

UNITED STATES MAGISTRATE JUDGE

1