Leonard C. Herr, #081896
Ron Statler, #234177
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants, CITY OF VISALIA, ADAM COLLINS, DANIEL ROBERTS and DIRK ALFANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MOLINA, individually; JACQUELINE MENDEZ-MADUEÑA, individually; G.M., a minor; J.M., a minor; and N.A.C., a minor, and each of them, by and through their Guardian Ad Litem VERONICA AYON; and NICHOLAS CHAVEZ, individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF VISALIA, a Municipal Corporation; ADAM COLLINS; DANIEL ROBERTS; DIRK ALFANO, individually and in their official capacity, and DOES 4 through 100, inclusive,<br><br>  Defendants. | Case No.: 1:13-cv-01991-DAD-SAB<br><br>ORDER RE STIPULATION ADMITTING REQUEST FOR ADMISSIONS AND WITHDRAWAL OF MOTION TO COMPEL<br><br>(ECF Nos. 79, 80, 83) |

The parties, including all Plaintiffs and named Defendants, by and through counsel, agree to the terms and conditions of this stipulation and jointly request that the Court enter it as its order at the end of this document.

///

///

///

-1-

# I.

## RECITALS

Whereas, on February 3, 2016, plaintiffs' counsel and defendants' counsel met in a further effort to resolve defendants' pending motion to compel answers to requests for admissions [Doc. 79];

Whereas, plaintiffs' attorney offered to resolve the pending motion to compel by admitting, without objection or qualification requests for admissions 23-25 [and, in the case of Reynalda Molina, 27-29];

Whereas, defendants' counsel is willing to accept these unqualified admissions, as a resolution of this motion [Doc. 79]; and,

Whereas, legal counsel for all of the parties believe it is in the best interests for all concerned, including the administration of justice, that this motion [Doc. 79] be resolved through stipulation rather than further litigation.

# II.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this litigation through their respective attorneys of record that defendants' motion [Doc. 79] shall be resolved by plaintiffs admitting, without qualification or objection, requests for admissions numbered 23-25 [and, in the case of Reynalda Molina, 27-29] for all purposes, including trial in this case, in the manner prescribed by the Federal Rules of Civil Procedure.

Respectfully submitted.

Dated: February 4, 2016         CHEONG DENOVE ROWELL & BENNETT

By: /s/ Jesse E. French (authorized on 2/4/16)
    JESSE E. FRENCH
    PETER I. BERSIN
    CHARLES P. CHARLTON
    Attorneys for Plaintiffs,
    REYNALDA MOLINA, JACQUELINE
    MENDEZ-MADEUÑA, G.M., a minor, J.M.,
    a minor and N.A.C., a minor

| | | |
|---|---|---|
| 1 | Dated: February 4, 2016 | HERR PEDERSEN & BERGLUND LLP |
| 2 | | By:   /s/ Leonard C. Herr |
| 3 | | LEONARD C. HERR<br>Attorney for DEFENDANTS, |
| 4 | | CITY OF VISALIA, ADAM COLLINS,<br>DANIEL ROBERTS and DIRK ALFANO |

**ORDER**

Pursuant to the stipulation of the parties, the motion to compel filed January 19, 2016 is withdrawn. The hearing set for February 17, 2016 at 10:00 a.m. in Courtroom 9 is HEREBY VACATED and the Clerk's Office is directed to terminate the motion (ECF Nos. 79, 80.)

IT IS SO ORDERED.

Dated:   **February 4, 2016**

UNITED STATES MAGISTRATE JUDGE