UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLINA, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VISALIA, et al.<br><br>    Defendants. | No.  1:13-cv-01991-DAD-SAB<br><br>ORDER REFERRING PETITION FOR APPROVAL OF MINORS' COMPROMISE TO THE MAGISTRATE JUDGE ERICA P. GROSJEAN |

On September 30, 2016, a settlement of this action was reached at a settlement conference before Magistrate Judge Erica P. Grosjean.  (Doc. No. 146.)  However, three of the plaintiffs in the action are minors.  Accordingly, the court must "conduct its own inquiry to determine whether the settlement serves the best interests of the minor."  *Dacanay v. Mendoza*, 573 F.2d 1075, 1080 (9th Cir. 1978); *see also Salmeron v. United States*, 724 F.2d 1357, 1363 (9th Cir. 1983) (holding that "a court must independently investigate and evaluate any compromise or settlement of a minor's claims to assure itself that the minor's interests are protected, even if the settlement has been recommended or negotiated by the minor's parent or guardian ad litem").  Because she was not the magistrate judge assigned to this action, the court now refers the anticipated petition for minors' compromise to Magistrate Judge Erica P.

/////

/////

1

Grosjean for the purposes of issuing findings and recommendations addressing that motion. *See* 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.

Dated:   **October 6, 2016**                                         /s/ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE