1  PETER I. BERSIN, ESQ., State Bar No. 65202
   LAW OFFICE OF PETER I. BERSIN
2  9454 Wilshire Boulevard, Suite 500
3  Beverly Hills, California 90212
   Telephone: (310) 858-6935; Facsimile:  (310) 275-6647
4  peterbersin@sbcglobal.net
5  **Attorney for Plaintiff, REYNALDA MOLINA**

6  CHARLES P. CHARLTON, ESQ., State Bar No: 122432
   LAW OFFICES OF CHARLES P. CHARLTON
7  10100 Santa Monica Blvd., Ste. 300
   Los Angeles, California 90067-4107
8  Telephone:  (310) 651-9906; Facsimile:    (310) 651-9908
9  charlton.law@alumni.ucla.edu
   **Attorney for Plaintiffs, JACQUELINE MENDEZ-MADUEÑA**
10 **G.M., a minor, J.M., a minor and N.A.C., a minor**

11 JOHN F. DENOVE, ESQ., State Bar No.: 68825
12 KYLE RAINE TRACY, ESQ., State Bar No.: 274428
   CHEONG DENOVE ROWELL & BENNETT
13 1925 Century Park East, Suite 800
   Los Angeles, California 90067
14 Telephone: (310) 277-4857; Facsimile:  (310) 277-5254
15 firm@cdrb-law.com ; ktracy@cdrb-law.com
   **Attorney for Plaintiffs, JACQUELINE MENDEZ-MADUEÑA**
16 **G.M., a minor, J.M., a minor and N.A.C., a minor**

17
                    **UNITED STATES DISTRICT COURT**
18                   **EASTERN DISTRICT OF CALIFORNIA**

19 REYNALDA MOLINA, individually;            ) Case No. 1:13-CV-01991-DAD-SAB
   JACQUELINE MENDEZ-MADUEÑA,                )
20 individually;  G.M., a minor; J. M., a    ) **STIPULATION AND ORDER TO**
   minor; and N.A.C., a minor, and each of   ) **CONTINUE THE INITIAL HEARING**
21 them, by and through their Guardian Ad    ) **ON STRUCTURED SETTLEMENT**
   Litem VERONICA AYON                       ) **FOR MINORS**
22                 Plaintiffs,                )
                                              )
23 v.                                         )
                                              )
24 CITY OF VISALIA, A Municipal              )
   Corporation; VISALIA POLICE               )
25 DEPARTMENT; CHIEF OF POLICE               )
   COLLEEN MESTAS, individually and in       )
26 her official capacity, and DOES 1 through )
   100, inclusive,                           )
27                 Defendants.                )
                                              )
28

1

**STIPULATION AND ORDER TO CONTINUE THE INITIAL
HEARING ON STRUCTURED SETTLEMENT FOR MINORS**

The parties, by and through their respective attorneys of record, having met and conferred, hereby stipulate to continue the initial hearing on the structured settlement for the minor plaintiffs, currently set for November 4, 2016 at 11:00 a.m. to December 9, 2016 at 11:00 a.m.

The parties believe the continuance to be appropriate in that: (1) there are three minors who require more time to prepare the necessary documents; (2) the Guardian ad Litem is evaluating each proposal to determine which one is suitable for the minors; (3) the three Structured Settlement Proposals need to be "shopped" for the best possible return on the investments; and (4) the parties believe this time period will allow them to present the best and most lucrative structured settlement possible to the court. Moreover, although there is no guarantee as to how long, the interest rates are on an upward trend.

DATED: July 22, 2016         LAW OFFICE OF PETER I. BERSIN


                                      /s/ Peter I. Bersin (authorized 10/27/2016)
                             By:_____
                             Attorney for Plaintiff, REYNALDA MOLINA


Dated:  October 27, 2016     CHEONG DENOVE ROWELL BENNETT

                                      /s/ John F. Denove (authorized 10/27/2016)
                             By: _____
                                  JOHN F. DENOVE
                             Attorney for Plaintiffs, JACQUELINE
                             MENDEZ-MADUEÑA, G.M., a minor, J.M.,
                             a minor and N.A.C., a minor

1  Dated:  October 27, 2016        LAW OFFICES OF CHARLES P. CHARLTON

2                                            /s/ Charles P. Charlton
3                                 By: _____
                                       CHARLES P. CHARLTON
4                                 Attorney for Plaintiffs, JACQUELINE
5                                 MENDEZ-MADUEÑA, G.M., a minor, J.M.,
                                  a minor and N.A.C., a minor
6

7  Dated:  October 27, 2016        HERR PEDERSEN BERGLUND LLP

8

9                                         /s/ Leonard C. Herr (authorized 10/27/2016)
                                  By:_____
10                                      LEONARD C. HERR
                                         Attorney for Defendants
11

12

13  ///

14  ///

15
    ///
16

17  ///

18  ///

19
    ///
20

21  ///

22  ///

23
    ///
24

25  ///

26  ///

27

28

3
**STIPULATION AND ORDER TO CONTINUE THE INITIAL
HEARING ON STRUCTURED SETTLEMENT FOR MINORS**

**ORDER**

Based on the stipulation between the parties and good cause appearing therein,

IT IS HEREBY ORDERED that the hearing on the Petition for Approval of Minor's Compromise, currently calendared for November 4, 2016 at 11:00 a.m., be continued to December 9, 2016 at 11:00 a.m. in Courtroom 10. A joint petition shall be filed no later than December 2, 2016. The Court grants telephonic appearances at the hearing, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: __**October 27, 2016**__                /s/ Erica P. Grosjean
                                                                                UNITED STATES MAGISTRATE JUDGE