UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLINA, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VISALIA, et al. <br><br> Defendants. | No. 1:13-cv-01991-DAD-SAB <br><br> ORDER DISMISSING MOTIONS IN LIMINE AS MOOT AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> (Doc. No. 112) |

On July 25, 2016, the parties in this action filed various motions in limine. (Doc. Nos. 108–118.) On September 16, 2016, the court issued an order ruling on those motions in limine. (Doc. No. 142.) However, defendants' motion in limine (Doc. No. 112) was not ruled upon due to the parties' request that they be allowed to meet and confer to determine if those motions could be resolved without court intervention. In any event, on September 30, 2016, a settlement of this action was reached. (Doc. No. 146.) On December 8, 2016, the minor plaintiffs G.M., J.M., and N.A.C. through their guardian ad litem Veronica Ayon filed a petition for approval of minor's compromise. (Doc. No. 161.) On December 16, 2016, the court granted the petition for approval of minors' compromise and issued an order approving the settlement. (Doc. No. 163.) The remaining motion in limine still pending on the court's docket (Doc. No. 112) has, accordingly, been rendered moot.

Based upon the foregoing,

1) The defendants' motion in limine (Doc. No. 112) is terminated as having been rendered moot by the settlement of this action; and

2) The parties are directed to file all dispositional documents pursuant to Federal Rule of Civil Procedure 41 within thirty days of the service of this order.

IT IS SO ORDERED.

Dated: **January 30, 2017**

_____
UNITED STATES DISTRICT JUDGE